## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| PATRICK BARNES,<br><br>         Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>         Defendant. | **Case No.:** 3:21-cv-00142-JAG<br><br>*Honorable John A. Gibney, Jr.* |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Patrick Barnes and Defendant Capital One Bank (USA), N.A. ("Capital One") have settled all claims between them.  The parties are in the process of completing the final settlement documents and a Voluntary Dismissal will be timely filed upon fully executing the terms of the agreement.  Plaintiff requests that the Court vacate all pending deadlines in this matter as to Capital One.  Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

        **PATRICK BARNES**

        By: _____*/s/*_____
        Susan M. Rotkis
        Virginia Bar No. 40693
        Attorney for Plaintiff
        Price Law Group, APC
        382 S. Convent Ave.
        Tucson, AZ 85701
        T: (818) 600-5506
        F: (818) 600-5405
        E: susan@pricelawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system. I have served a true and correct copy of the foregoing via E-Mail to the following:

Chelsea L. Diaz
Litigation Specialist
Capital One Bank (USA), N.A.
chelsea.diaz@capitalone.com

*Counsel for Defendant*
*Capital One Bank (USA), N.A.*

By: _____/s/_____
Susan M. Rotkis
Virginia Bar No. 40693
Attorney for Plaintiff
Price Law Group, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5506
F: (818) 600-5405
E: susan@pricelawgroup.com