## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

PATRICK BARNES,

        Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

        Defendant.

**Case No.:** 3:21-cv-00142-JAG

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please take notice that Plaintiff Patrick Barnes, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses with prejudice this action against Defendant Capital One Bank (USA), N.A.  Voluntary dismissal with prejudice is proper without a court order because there has been no Answer or responsive pleading filed.

Respectfully submitted,

**PATRICK BARNES**

By: _____*/s/*_____
Susan M. Rotkis
Virginia Bar No. 40693
*Attorney for Plaintiff Patrick Barnes*
Price Law Group, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5506
F: (818) 600-5405
E: susan@pricelawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2021, I electronically filed the foregoing with the

Clerk of the Court using the ECF system. I have served a true and correct copy of the

foregoing via E-mail to the following:

Chelsea Diaz
Litigation Specialist
chelsea.diaz@capitalone.com

By: _____ */s/* _____
Susan M. Rotkis
Virginia Bar No. 40693
*Attorney for Plaintiff Patrick Barnes*
Price Law Group, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5506
F: (818) 600-5405
E: susan@pricelawgroup.com