IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PATRICK BARNES,
        Plaintiff,

v.                                    Civil Action No. 3:21cv142

CAPITAL ONE BANK (USA), N.A.,
        Defendant.

## FINAL ORDER

On April 21, 2021, the plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 6.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 22 April 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge